BONNIE M. FOLLETT (State Bar No. 170843)
Email:  b.follett@sbcglobal.net
LAW OFFICE OF BONNIE FOLLETT
875 Bush St. #44
San Francisco, CA  94108
Telephone:  (415) 474-3391
Facsimile:   (702) 442-4854

**E-FILED:  8/16/10**

JS-6

Attorneys for DEFENDANT TARA GILPIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,

Plaintiff,

vs.

CONNIE GILPIN, an individual and TARA GILPIN, an individual,

Defendants.

CASE NO.  CV10-03558 GHK (Ex)

**[PROPOSED] JUDGMENT**

This action having been commenced on May 12, 2010, and the Court having approved the stipulation of the parties for entry of judgment, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Connie Gilpin ("Connie") is deemed to be the designated beneficiary on Jamie Gilpin's ("Gilpin") account with the Operating Engineers Pension Trust ("Trust") with respect to eighty-eight percent (88%) of the monthly pension

- 1 -
JUDGMENT

1  benefits payable on Gilpin's account, subject to adjustments set out in paragraphs 3 and 4 below.

2. Tara Gilpin ("Tara") is deemed to be the designated beneficiary on Gilpin's account with the Trust with respect to twelve percent (12%) of the monthly pension benefits payable on Gilpin's account, subject to adjustments set out in paragraphs 3 and 4 below.

3. The Trust is awarded attorneys' fees of $5,638.00, and costs of $868.05, incurred by the Trust in bringing this interpleader action, and such fees and costs shall be deducted from the pension benefits payable on Gilpin's account prior to the Trust making any payments to either Connie or Tara. From May 1, 2010, through August 1, 2010, the Trust withheld pension benefits in the amount of $4,016.00 payable on Gilpin's account. The amount of $4,016.00 shall be withheld by the Trust and applied to the Trust's attorneys' fees. The amount of $2,490.05 shall be withheld by the Trust from the September 2010, October 2010 and a portion of the November 2010 monthly pension benefits payable on Gilpin's account, and shall be applied to the remainder of the Trust's attorneys' fees and costs.

4. Connie is liable to Tara in the amount of $843.36 which represents twelve percent (12%) of the pension benefits previously disbursed by the Trust to Connie for the months of October 2009 through April 2010, in the total amount of $7,028.00. The amount of $521.95 shall be withheld by the Trust from the November 2010 monthly pension benefit payable on Gilpin's account and paid to Tara. The amount of $321.41 shall be withheld by the Trust from the December 2010 monthly pension benefit payable on Gilpin's account and paid to Tara. The remaining $682.59 of the December 2010 monthly pension benefit payable on Gilpin's account shall be paid to Connie and Tara in accordance with the percentages set forth in paragraphs 1 and 2 hereinabove. The Trust shall pay

///

Connie $600.68 and Tara $81.91 of the December 2010 monthly pension benefit payable on Gilpin's account.

5. In January 2011, after the amounts set forth in paragraphs 3 and 4 hereinabove are paid, the Trust shall pay Connie $883.52 [eighty-eight percent (88%)] of each subsequent monthly pension benefit payable on Gilpin's account with the Trust. The Trust shall pay Tara $120.48 [twelve percent (12%)] of each subsequent monthly pension benefit payable on Gilpin's account with the Trust.

This order constitutes a final judgment under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: August 16, 2010

_____
The Honorable George H. King
United States District Court Judge